## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**TIFFANY ANN MOORE,**             :

   **Plaintiff**                  :     **CIVIL ACTION NO. 3:13-2505**

   **v.**                        :           **(MANNION, D.J.)**
                                            **(COHN, M.J.)**
**CAROLYN W. COLVIN,**             :
**Acting Commissioner of Social**
**Security,**                      :

   **Defendant**                 :

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Magistrate Judge Cohn issued in the above-captioned matter, (Doc. 13), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's application for supplemental security income is **AFFIRMED** and the plaintiff's appeal, (Doc. 1), is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 10, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2505-01-ORDER.wpd